

# PERSONNEL POLICIES

## MACON-BIBB COUNTY TRANSIT AUTHORITY

## GENERAL RULES AND REGULATIONS

The Executive Director of the Transit Authority shall promulgate and publicize rules to govern the operations of the Authority.

A. Pulling runs

1. Runs will be selected according to seniority.
2. When runs are vacated, they will be posted for three days. The senior operator bidding on the run will be assigned to it. After bidding on a run and being assigned the run, an operator is not allowed to rebid on the run which has just been vacated.

B. Reporting and Fares

1. Bus operators must report for work at least 10 minutes before their run is due to leave the garage.
2. Bus operators are paid five minutes extra for turning time, and all checking up and reporting must be done in the checkup room.
3. When a bus operator refunds a fare for a passenger boarding the wrong bus, a refund slip must be filled out by operator to enable the passenger to present slip to transit office. It must be reported to the supervisor as soon as possible and a refund slip filled out properly.
4. Bus operators are absolutely prohibited from depositing fares for passengers. If a disabled passenger or a senior citizen loaded down with packages boards the bus, the operator will request the assistance of another passenger in depositing the fare. If there are no other passenger on the bus, and only in that event will the bus driver accept the fare of a disabled or senior passenger.
5. Bus Operators shall not take fares over the fare box under any circumstance.

C. Operating Rules

1. Bus operators must adhere to schedules.
2. Bus operators shall never pass up passengers unless specifically directed to do so by a supervisor.
3. Buses will not be operated at a speed greater than five miles per hour on the Transit Authority property.
4. Anytime a bus is left unattended, the engine shall be cut off and the hand brake pulled up.
5. Anytime a layover exceeds five minutes, the engine shall be shut down and the hand brake pulled up.
6. Bus operators will not pass another bus that is in service unless specifically ordered to do so by a supervisor.

7. Bus operators are not allowed to back up a bus unless another operator, a policeman, a fireman or a supervisor is present to assist and only then if it is reported to a supervisor before attempting to back the bus.

8. Bus operators shall not eat, drink or smoke while the bus is in operation.

9. Passengers and others shall not be brought onto the Transit Authority property in a bus unless specifically authorized to do so by a supervisor.

10. Buses Shall not be operated with the door open.

11. Bus operators are prohibited from having mobile telephones or beepers in their possession while driving a bus.

D. Employees' Automobiles

1. Employee autos are not allowed to be washed on Transit Authority property. Except in the instances where the vehicles break down on the property, employees shall not work on their cars on the Transit Authority property.

2. Employees' personal automobiles shall not be parked on Transit Authority property so that they block other cars, buses, doors, or paint shop service building.

E. Dress and Grooming

1. Bus operators on duty shall wear uniforms or other clothing in accordance with established procedures. The color of uniforms shall be: french blue trousers, white shirt, black tie, navy blue cap and jacket, black or brown shoes. The soles and heels of shoes must be conventional thickness. Short sleeve shirts with open collar can be worn beginning April 1, and continuing until November 1, each year. During this period the shirt will be worn without a tie and if you choose, you can leave your cap off. If the cap is not worn, it must be left at home or at the garage. If you choose to wear long sleeve shirts anytime during this period, you must wear a black tie. November 1 until April 1, each year, all operators will go into winter uniforms, which will be long sleeve shirts, black tie, designated cap, french blue trousers, and black or brown shoes, jacket when needed.

2. Bus operators on duty shall maintain a neat well-groomed appearance. No beards or goatees and if a mustache is worn, it must be neatly trimmed and must not extend beyond corner of mouth. Hair shall be styled according to the following guidelines:

> Male bus operators - Hair may be worn in contemporary styles, but no longer that the top of the shirt collar at the back to the neck when standing with the head in a normal posture. Hair must be clean, neat, combed, and must not cover any portion of the ears.

2

Hair on sides and back of head must present a tapered appearance. The bulk of the hair shall not interfere with the normal wearing of uniform cap.

Sideburns shall be neatly trimmed and rectangular in shape. They may not be more than one inch at the widest point and shall not extend below the lowest part of the exterior ear opening.

Wigs or hair pieces are permitted if they conform to the above standards for natural hair.

Female bus operators - Hair must be clean, neat and combed. Bouffant, braided, or brush styles are permitted as long as they do not interfere with normal wearing of uniform cap. Hair, when styled, should not extend over the collar, unless some can be tucked under uniform cap. Wigs or hairpieces are permitted if they conform to the above standard for natural hair.

F.  Solicitation

1. Solicitation and distribution of literature by employees on Transit Authority property during working time, which in any way interferes with work, is prohibited.
2. Distribution of literature on Transit Authority property in non-working areas during working time is prohibited.
3. Distribution of literature by employees on Transit Authority property in working areas is prohibited.
4. Solicitation and/or distribution of literature by non-employees on Transit Authority property is prohibited at all times.

G.  Miscellaneous

1. Employees must attend all meetings unless excused by a supervisor.
2. Employees must check bulletin board each day for assignments, meetings, and other information.
3. Employees shall adhere to all safety rules and practices.
4. Employees shall not talk to garage employees while such employees are on duty without first getting permission from the shop foreman or the assistant shop foreman.
5. Employees will not swap assignments unless otherwise authorized by supervisor.
6. Employees who are unable to pick up a paycheck and desire to have it picked up by someone else must call the Administrative Assistant or the Director and inform him or her specifically who will be coming to pick up the

3

check. Any person picking up a check must have written permission signed by the employee.

H. Employee Indicted, Charged or Bound Over

1. If any employee is arrested and bound over to a grand jury or indicted for a felony or serious misdemeanor, the Executive Director and the Authority Members shall consult with the Authority attorney to determine the appropriate status of the employee during the pendency of the criminal charges.

2. Normally, if the conduct resulting in the criminal charges is also an offense against the employment relationship with the Authority, the appropriate disciplinary action shall be instituted and the employee discharged if appropriate.

3. If the conduct resulting in the criminal charges does not relate directly to the duties of the position held but is serious and of an aggravated nature so as to interfere with the employer-employee relationship or embarrass the Authority, the employee may be suspended pending disposition of charges.

4. If the conduct resulting in the criminal charges is completely unrelated to his or her employment and will not be likely to damage the employment relationship, the employee will normally be allowed to continue working.

5. An employee suspended pending the disposition of criminal charges shall not report to work or be present in his normal work site during the period of suspension.

I. Disciplinary offenses

1. Unexcused failure to ring clock or sign attendance record or otherwise check in.
2. Unexcused tardiness.
3. Failure to report personal injury or an accident.
4. Taking more than specified time for meal or rest period.
5. Failure to keep the Transit Authority office and your supervisor and office notified of proper address or telephone number.
6. Creating or contributing to unsafe or unsanitary conditions or poor housekeeping.
7. Unexcused or unauthorized absence on one or more scheduled days of work.
8. Leaving job without assigned at any time during working hours without permission or proper authority.
9. Failure to observe precautions for personal safety, posted rules, signs, safety instruction, or to use protective clothing or equipment.
10. Violating traffic regulations, wreckless driving, or improper operation of Authority vehicles.
11. Loafing, wasting time, or inattention to duty.

4

12. Careless workmanship resulting in waste of materials or delay.
13. Failure or delay in carrying out orders, work assignment, or instruction.
14. Removing official communications from Authority bulletin boards without permission of proper authority.
15. Posting or personal communication on Authority bulletin boards not designated for use by employees.
16. Distribution of unauthorized written or printed matter to employees during work hours.
17. Vending, soliciting or collecting contributions on work time unless authorized by the Transit Authority Executive Director
18. Accepting fees or gifts or other valuable consideration when given with the expectation of favors in return.
19. Unauthorized possession of, loss of, damage to Authority property or the property of other employees, or endangering same through carelessness.
20. Gambling or unlawful betting on Authority premises or work station.
21. Covering up or attempting to conceal defective work; removing or destroying same without permission.
22. Disorderly conduct; fighting; threatening or attempting to inflict bodily injury to another; engaging in dangerous horseplay; or resisting competent authority.
23. Reporting for duty or being on duty under the influence of intoxicants; unauthorized possession or attempting to bring intoxicants on Authority premises or at work stations.
24. Making false claims or misrepresentations in an attempt to obtain sickness or accident benefits, workers' compensation benefits or other unearned personal benefits (other personal benefits could include compensatory time off, overtime pay, additional leave, etc.).
25. Unauthorized possession of firearms, explosives, or other lethal weapons on Authority premises or on work assignments.
26. Knowingly harboring a communicable disease which may endanger other employees.
27. Selling intoxicants on Authority premises or work stations.
28. Sleeping during work hours.
29. Promotion of gambling on Authority premises or work stations.
30. Smoking in unauthorized places or carrying matches in explosive or flammable areas.
31. Endangering the safety of or causing injury to personnel through carelessness.
32. Making irresponsible statements which are slanderous or defamatory about other employees or officials.

Consider the duties and position of the employee, the nature of the statements made and the extent to which they damage the activity or the injured party, the nature and timing of any retraction by the employee, and the extent to which the damaging statements are supported by established facts.

33. Malicious damage to Authority property or the property of others.

34. Actual or attempted theft of Authority funds or property of others.

Whether or not restitution was made should enter into the determination of the penalty for the offense.

35. Immoral, indecent, or notoriously disgraceful conduct.

36. Disrespectful conduct; use of insulting, abusive, or obscene language to public or other personnel.

37. Discrimination against an employee or applicant because of race, color, religion, sex, handicap or natural origin, or any reprisal action against a protected class employee.

38. Falsification, misstatement, exaggeration, or concealment or material fact in connection with employment, promotion, any record, investigation, or other proper proceeding.

39. Falsifying attendance record for oneself or another employee.

40. Disobedience to constituted authorities, or deliberate refusal to carry out any proper order from any supervisor having responsibility for the work of the employee.

Refusal to carry out any proper order includes submitting to fingerprinting, polygraph or other tests when needed in conjunction with an internal investigation involving alleged offenses.

41. Concerted curtailment or restriction of production or interference with work in or about Authority work stations, including instigating, leading or participating in any walk-out, strike, sit-down and refusal to return to work at the scheduled time.

42. Deliberately and knowingly interfering with a supervisor in the performance of the lawful responsibilities of his or her position.

43. Refusal to submit medical examinations at Authority's expense for the purpose of determining fitness before reporting to or remaining on the job.

44. Conviction of a felony or misdemeanor as defined by Federal or State of Georgia Criminal Codes, or any violation of a City Ordinance involving moral turpitude, either while on or off the job.

45. The possession of or sale of dangerous drugs or narcotics by an employee on or off Authority premises or work station.
46. Having knowledge of, and failure to notify supervisor of any employee who possess unauthorized weapons, drugs, alcohol or who is removing or taking Authority and/or employee property without authorization.
47. The use of racial epithets or racially motivated derogatory comments to or among the work force.
48. Engaging in sexual harassment of an employee.
49. Incompetent, negligent, or inefficient job performance.
50. Careless, negligent, or improper use of Authority property.
51. Insubordination creating a serious breach of discipline.
52. Misuse of sick leave, excessive tardiness, or absenteeism without good cause.
53. Physical or mental incapacity to perform duties.
54. Fraud in securing employment.
55. Misuse of employment for personal profit and to grant special privileges.