

State of Georgia
Department of Labor

## SEPARATION NOTICE

1. Employee's Name __Tiawanda Hampton__   2. S.S. No. __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__

    a. State any other name(s) under which employee worked. _____

3. Period of Last Employment: From __8-27-2007__ To __4-1-2013__

4. REASON FOR SEPARATION:

    a. LACK OF WORK ☐

    b. If for other than lack of work, state fully and clearly the circumstances of the separation: _____
    __terminated for insubordination__

5. Employee received payment for: (Severance Pay, Separation Pay, Wages-In-Lieu of Notice, bonus, profit sharing, etc.) (DO NOT include vacation pay or earned wages)

    _____ in the amount of $ _____ for period from _____ to _____
    (type of payment)

    Date above payment(s) was/will be issued to employee _____

    IF EMPLOYEE RETIRED, furnish amount of retirement pay and what percentage of contributions were paid by the employer.
    _____ per month _____ % of contributions paid by employer

6. Did this employee earn at least $3,500.00 in your employ? YES ☒ NO ☐ If NO, how much? $ _____

    Average Weekly Wage __520.00__

Employer's Name __Macon-Bibb Co. Transit Authority__

Address __200 Cherry St.__
(Street or RFD)

City __Macon__ State __Ga__ ZIP Code __31201__

Employer's Telephone No. __478-803-2500__
(Area Code) (Number)

Ga. D.O.L. Account Number __123425-01__
(Number shown on Employer's Quarterly Tax and Wage Report, Form DOL-4.)

I CERTIFY that the above worker has been separated from work and the information furnished hereon is true and correct. This report has been handed to or mailed to the worker.

_____
Signature of Official, Employee of the Employer or authorized agent for the employer

__HR Manager__
Title of Person Signing

__4-2-2013__
Date Completed and Released to Employee

### NOTICE TO EMPLOYER

At the time of separation, you are required by the Employment Security Law, OCGA Section 34-8-190(c), to provide the employee with this document, properly executed, giving the reasons for separation. If you subsequently receive a request for the same information on a DOL-1199FF, you may attach a copy of this form (DOL-800) as a part of your response.

### NOTICE TO EMPLOYEE

OCGA SECTION 34-8-190(c) OF THE EMPLOYMENT SECURITY LAW REQUIRES THAT YOU TAKE THIS NOTICE TO THE GEORGIA DEPARTMENT OF LABOR FIELD SERVICE OFFICE IF YOU FILE A CLAIM FOR UNEMPLOYMENT INSURANCE BENEFITS.

SEE REVERSE SIDE FOR ADDITIONAL INFORMATION.

DOL-800 (R-8/02)